IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN MARTINEZ,  | 1:08-cv-00711-LJO-DLB (PC) |
| Plaintiff, | ORDER GRANTING FIRST MOTION TO EXTEND TIME TO FILE AMENDED COMPLAINT |
| vs. | |
| WARDEN, et al., | (DOCUMENT #6) |
| Defendants. | THIRTY DAY DEADLINE |
| _____ / | ORDER DENYING PLAINTIFF'S MOTION TO EXTEND TIME TO FILE APPLICATION TO PROCEED IN FORMA PAUPERIS |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On June 19, 2008, plaintiff filed a motion to extend time to file an amended complaint and an application to proceed in forma pauperis. (Doc. 6).

A review of the file indicates that plaintiff filed an application to proceed in forma pauperis on June 5, 2008. Plaintiff's motion was granted by order issued June 23, 2008. Therefore, an extension of time is unnecessary, and plaintiff's motion to extend time to file an application to proceed in forma pauperis is HEREBY DENIED.

With respect to plaintiff's first motion to extend time to file an amended complaint, good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

1  Plaintiff is granted thirty (30) days from the date of service of this order in which to file an
2  amended complaint.

4  IT IS SO ORDERED.
5  Dated: **June 26, 2008**           **/s/ Dennis L. Beck**
                                       UNITED STATES MAGISTRATE JUDGE